

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

ATTORNEY GENERAL

AUSTIN 11, TEXAS

Overruled by_____

February 23, 1939

Hon. J.P. Bryan, County Attorney
Brazoria County
Angleton, Texas

Dear Sir:

Opinion No. O-360

Re: What disposition should be made of fine collected by Justice of Peace for violation of Motor Carrier Act?

Your request for an opinion on the above stated, question, has been received by this office.

Articles 1690a and 1690b Penal Code, generally, designate and define criminal offenses coming under or within the Motor Carrier Act and prescribe the penalties in connection therewith.

Section 17(c), Article 911b, Revised Civil Statutes, reads as follows:

"All fees except the fee provided in Section 5 of this Act accruing under the terms of this Act and all fines and penalties collected under the provisions of this Act shall be payable to the State Treasury at Austin and credited to a fund to be known and designated as the 'Motor Carrier Fund,' which fund is appropriated for the purpose of carrying out the terms of this Act and out of which all warrants and expenditures necessary in administering and enforcing this Act shall be paid."

All officers charged by law with collecting money in the name or for the use of the State, would be entitled to the commissions on fines collected by virtue of the above mentioned statutes to the same extent as they would be in any other misdemeanor case as provided by chapter 3 of the Code of Criminal Procedure.

You are respectfully advised that it is the opinion of this department that all fines collected for the violation of the Motor Carrier Act should be deposited with the State Treasury at Austin, Texas and credited to a fund known and designated as the "Motor Carrier Fund", after deducting com-

missions as allowed by law.

Trusting the foregoing answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Ardell Williams
    Ardell Williams
    Assistant

AW:ob:wc

Approved:
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS